No. 88–6340. BARR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–6354. ASANTE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–6362. HARDIN *v.* MAKOWSKI ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–6367. BARNHILL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–6369. DAWSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–6371. AFFLECK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–6377. RICHARDSON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 88–6378. SHOOK ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–6382. KABIR *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–6389. VENNES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 88–6398. SLAUGHTER *v.* MOODY ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–6400. SCHLEICHER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 88–6406. ZULUETA *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 88–6407. MORSE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–6413. LANDRIE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.